**Order issued January 24, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00017-CV

———————————

## IN RE FELIPE N. GOMEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### ORDER

On January 11, 2023, relator Felipe N. Gomez filed a petition for writ of mandamus arguing that the trial court's December 5, 2022 judgment is void because it was signed after relator filed a nonsuit. Relator's petition names the Honorable Scot Dollinger as the respondent in this original proceeding. The Honorable Scot Dollinger is no longer the presiding judge of the 189th District Court.

Rule 7.2(b) states: "If the case is an original proceeding under Rule 52, the court **must** abate the proceeding to allow the successor to reconsider the original party's decision." TEX. R. APP. P. 7.2(b) (emphasis added). Pursuant to Texas Rule of Appellate Procedure 7.2, Judge Dollinger's successor, the Honorable Tamika Craft-Deming, is substituted for Judge Dollinger as the respondent. *See* TEX. R. APP. P. 7.2(a). Further, this original proceeding is **abated** and **remanded** to the trial court to allow Judge Craft-Deming to reconsider her predecessor's decision. *See* TEX. R. APP. P. 7.2(b).

The Court **orders** the trial court clerk to file a supplemental record containing either (1) a copy of the successor judge's order, if any, on reconsideration of the actions of the predecessor judge, or (2) a statement from the successor judge that no action will be taken concerning the predecessor judge's actions. This supplemental clerk's record shall be filed with the Clerk of this Court **within 30 days from the date of this order**. This case will be reinstated when the supplemental clerk's record is filed.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.